| | |
|---|---|
| Don Springmeyer, NSB No. 1021<br>Jordan J. Butler, Esq, NSB No. 10531<br>**WOLF, RIFKIN, SHAPIRO,**<br>**SCHULMAN & RABKIN, LLP**<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120-2234<br>Tel: (702) 341-5200<br>Fax: (702) 341-5300<br>dspringmeyer@wrslawyers.com<br>jbutler@wrslawyers.com<br><br>Patrick Madden (present attorney)<br>Mark Sutter (new attorney, pro hac to be filed)<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>pmadden@bm.net<br>msutter@bm.net | Stuart McCluer (pro hac to be filed)<br>**MCCULLEY MCCLUER PLLC**<br>1022 Carolina Blvd., Ste. 300<br>Charleston, SC 29451<br>Tel: (855) 467-0451<br>Fax: (662) 368-1506<br>smccluer@mcculleymccluer.com |

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE HANSON an individual; on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PLAZA HOTEL & CASINO, LLC, a Nevada limited liability company d/b/a Plaza Hotel and Casino; PLAYLV GAMING OPERATIONS, LLC, a Nevada limited liability company,<br><br>    Defendants. | Case No.: 2:18-cv-00378-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

      Plaintiff, Julie Hanson, hereby substitutes Attorney Mark Suter, of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, Telephone (215) 875-3000, as

///

///

1

attorney of record in place and stead of Attorney Patrick Madden[1], also of Berger & Montague, P.C.

DATED: 3-22-18  _____
(Plaintiff Julie Hason)

I consent to the above substitution.

DATED: 3/23/18  _____
(Patrick Madden, Present Attorney)

Upon approval of my Verified Petition for Permission to Practice in this Case, I will be duly admitted to practice in this District.

Above substitution accepted.

DATED: 3/23/18  _____
(Mark Suter, New Attorney)

Dated: March 23, 2018

Respectfully submitted,

/s/ Don Springmeyer
Don Springmeyer
Jordan J. Butler
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Tel: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jbutler@wrslawyers.com

Patrick Madden
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
pmadden@bm.net

Stuart H. McCluer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
smccluer@mcculleymccluer.com

*Counsel for Plaintiff and the Proposed Class*

IT IS SO ORDERED.
Dated: March 26, 2018
.
_____
United States Magistrate Judge

---

[1] Attorney Madden has not filed a verified petition to practice pursuant to LR IA 11-2, and therefore has not been granted permission to appear in this action. Attorney Mark Suter will file a petition to practice upon being substituted.

2