# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE HANSON, | Case No. 2:18-cv-00378-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| PLAZA HOTEL & CASINO, LLC, et al., | |
| Defendants. | |

IT IS ORDERED that the parties' stipulation **(ECF No. 14)** to consolidate this case with *Cabral v. Caesars Entertainment Corporation*, 2:17-cv-02841-APG-VCF, for the purpose of deciding the motion to dismiss in that case **is GRANTED**.

IT IS FURTHER ORDERED that in light of my order in *Cabral* dismissing that case for lack of subject matter jurisdiction, this case is DISMISSED for lack of subject matter jurisdiction.

DATED this 12th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE