AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Julie Hanson

              Plaintiff,

v.

Plaza Hotel & Casino, LLC, et al.

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00378-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendants and against the Plaintiff.

6/12/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk